[Civil No. 3668. Filed March 16, 1936.]

[55 Pac. (2d) 806.]

K. MORIMOTO and H. YONEMOTO, Appellants, v. STATE OF ARIZONA, Appellee.

Messrs. Baker & Whitney and Mr. Lawrence L. Howe, for Appellants.

Mr. John L. Sullivan, Attorney General, and Mr. Lloyd J. Andrews, Assistant Attorney General, for the State.

PER CURIAM.—This case is ruled by the decision in *Takiguchi* v. *State* (No. 3665), *ante*, p. 302, 55 Pac. (2d) 802, just decided. The same order as in that case will be made.